**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

STEVEN SZEKERES and
DENISE MILLER

     v.

DENISE C. SCHAEFFER,
JOYCE SZEKERES and
STEPHANIEANN DRIDI

LEAD CASE
Civil No.  3:01cv2099 MRK

STEVEN SZEKERES and
DENISE MILLER

     v.

PETER HOWARD,
CHAKER DRIDI,
MARK CAUFIELD,
STEPHANIEANN DRIDI

MEMBER CASE
Civil No.  3:01cv2108 MRK

## <u>JUDGMENT</u>

     This matter came before the Hon. Mark R. Kravitz United States District Judge as

a result of defendants Peter Howard and Mark Caufield's Motion for Summary Judgment

and defendants Stephanie Ann Dridi and Chaker Dridi, Motion for Reconsideration.   The

Court has reviewed all the papers submitted in connection with the motions and on March

26, 2004,  entered a Memorandum of Decision granting defendants Peter Howard and

Mark Caufield's Motion for Summary Judgment,  granting defendants Stephanie Ann Dridi

and Chaker Dridi's Motion for Reconsideration and declining to exercise supplemental

jurisdiction over state law claims and dismissing without prejudice to renewal in state court

all state law claims against all defendants in 3:01cv2108 (MRK).

On April 12, 2002 an Endorsement Ruling entered by the Honorable Robert N. Chatigny, Chief United States Judge, granting the Dridi defendants Motion to Dismiss as to the plaintiffs' constitutional claims.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendants in the member case and the member case is closed

Dated at New Haven, Connecticut, this 5th day of April, 2004.

KEVIN F.  ROWE, CLERK
By

_____

Kenneth R. Ghilardi
Deputy Clerk

EOD_____